— **EXHIBIT 1** —

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA MELITO, CHRISTOPHER LEGG, ALISON PIERCE, and WALTER WOOD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, AEO MANAGEMENT CO., a Delaware corporation, and EXPERIAN MARKETING SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:14-cv-02440-VEC |

## WITHDRAWAL OF OBJECTIONS

NOW COMES, OBJECTORS KERRY ANN SWEENEY AND PATRICK S. SWEENEY, ON BEHALF OF EKS, A MINOR CHILD, and hereby file their Withdrawal of Objection in this case.

Absent class members, Kerry Ann Sweeney and Patrick S. Sweeney on behalf of EKS a minor child both pro se ("Objectors") hereby WITHDRAW their objections in the

above matter. The Objectors further stipulate that they shall forgo any appeals or requests for an award of attorney's fees. No compensation or consideration was offered or shall be paid for withdrawal of the objections.

Respectfully submitted,

_____
Patrick S. Sweeney, Pro Se, on behalf of EKS a minor child

_____
Kerry Ann Sweeney, Pro Se

I hereby certify that on June 13, 2017, I caused this document to be filed, by authorizing Keith Keogh to file this Withdrawal of Objection electronically with Clerk of the Court for the United States District Court for the Southern District of New York. The Clerk will then file this document which in turn will be electronically forwarded to all counsel of record.

_____
Patrick S. Sweeney

above matter. The Objectors further stipulate that they shall forgo any appeals or requests for an award of attorney's fees. No compensation or consideration was offered or shall be paid for withdrawal of the objections.

Respectfully submitted,

_____
Patrick S. Sweeney, Pro Se, on behalf of EKS a minor child

_____
Kerry Ann Sweeney, Pro Se

I hereby certify that on June 13, 2017, I caused this document to be filed, by authorizing Keith Keogh to file this Withdrawal of Objection electronically with Clerk of the Court for the United States District Court for the Southern District of New York. The Clerk will then file this document which in turn will be electronically forwarded to all counsel of record.

_____
Patrick S. Sweeney